UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TWIN CITY FIRE INSURANCE COMPANY,

　　　　　　　Plaintiff,

　　　vs

MATTHEW BERGERON,

　　　　　　　Defendant.

CV08-5319FDB

MINUTE ORDER

NOW, on this 10th day of August, 2009, the Court directs the Clerk to enter the following Minute Order:

　　　　Pursuant to the request and agreement of parties, the trial schedule and all pretrial deadlines are hereby vacated until after the second arbitration is completed.

　　　　Upon completion of the arbitration, Counsel shall file a Status Report and advise what date the case will be ready for trial.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

　　　　　　　　　　　　　　　　　　__/s/ **Pat LeFrois**__
　　　　　　　　　　　　　　　　　　Pat LeFrois
　　　　　　　　　　　　　　　　　　Courtroom Deputy