08-CV-05319-ORD

Honorable Franklin D. Burgess

FILED _____ LODGED
_____ RECEIVED
JAN 29 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | No. C08-5319 FDB |
| Plaintiff, | ORDER ON STIPULATION OF PARTIES FOR DISMISSAL OF CLAIMS AND COUNTERCLAIMS |
| vs. | |
| MATTHEW BERGERON, | |
| Defendant. | |

The Court has reviewed the stipulation of the parties that all claims and counterclaims be dismissed, with prejudice and without an award of fees or costs to any party, and being otherwise fully advised in the premises,

HEREBY ORDERS that all claims and counterclaims herein be DISMISSED, with prejudice, and without an award of fees or costs to any party.

DATED this 29 day of January, 2010.

_____
HONORABLE FRANKLIN D. BURGESS
UNITED STATES DISTRICT COURT JUDGE

ORDER ON STIPULATION OF PARTIES FOR DISMISSAL OF CLAIMS AND
COUNTERCLAIMS – PAGE 1
CAUSE NO.

445251 / 461.0013

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Presented by:

FORSBERG & UMLAUF, P.S.

_____
Patrick S. Brady, WSBA #11691
Carl S. Forsberg, WSBA #17025
Attorneys for Plaintiff Twin City Fire Insurance Company

SCHWABE WILLIAMSON & WYATT

_____
Jan Kitchel, WSBA #13705
Attorneys for Defendant Matthew Bergeron

ORDER ON STIPULATION OF PARTIES FOR DISMISSAL OF CLAIMS AND
COUNTERCLAIMS – PAGE 2
CAUSE NO. C08-5319 FDB

445251 / 461.0013

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX